Held.
2/24/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

February 24, 2004
10:00 am.
9:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3-01-cv-1739**    **Rafferty v. New Haven Board of Education**

Martin S. Echter
Corporation Counsel's Office
165 Church St.
New Haven, CT 06510


Tammy Marzigliano
Klebanoff & Phelan, PC
Corporate Center West
433 S. Main St.
Suite 117
West Hartford, CT 06110

Gary Edward Phelan
Klebanoff & Phelan, PC
433 S. Main St.
Suite 102
West Hartford, CT 06110

May SC

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK