FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY -5  A 10: 29

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| MARK G. RAFFERTY, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:01CV1739(WWE) |
| v. | |
| NEW HAVEN BOARD OF EDUCATION, | |
| DEFENDANT. | May 4, 2004 |

**REVISED FORM 26 (F) REPORT OF PARTIES' PLANNING MEETING**

Date Complaint Filed:          September 10, 2001

Date Complaint Served:         October 3, 2001

Date of Defendant's Appearance:   March 15, 2002

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 38, conferences were held on May 29, 2002, June 20, 2002 and May 4, 2004.  The participants were:

Gary Phelan for plaintiff, Mark G. Rafferty.

Martin S. Echter for defendant, New Haven Board of Education.

I. **CERTIFICATION**

The undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving settlement or other resolution of the case and have developed the following proposed case management plan.  Counsel further certifies that they have forwarded a copy of this report to their clients.

Report Approved.
Discovery cutoff date 8-31-2004
Dispositive Motions due by 10-15-2004
SO ORDERED
5/6/2004  Warren W. Eginton, Sr. U.S.D.J.