Held 5/11/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

May 11, 2004

8:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:01-cv-1739 (WWE)**   **Rafferty v. New Haven**

Martin S. Echter
Corporation Counsel's Office       203-946-7964
165 Church St.
New Haven, CT 06510

Tammy Marzigliano Gary Phelan
Klebanoff & Phelan, PC
Corporate Center West              860-313-5005
433 S. Main St.
Suite 117
West Hartford, CT 06110

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK