UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK G. RAFFERTY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01 cv 1739 (WWE) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION | : | |
|     Defendant | : | December 6, 2004 |

## APPEARANCE

Please enter the appearance of Warren L. Holcomb, Esq.. of Berchem, Moses & Devlin, PC., 75 Broad Street, Milford, Connecticut 06460, Federal Bar #13127, for defendant New Haven Board of Education.

                                                                                                                         THE DEFENDANT
                                                                                                                         NEW HAVEN BOARD OF EDUCATION


BY:      //s//_____
           Warren L. Holcomb, Esq.
           Berchem, Moses & Devlin, P.C.
           75 Broad Street
           Milford, CT  06460
           (203) 783-1200
           Fed. Bar #Ct13127
           Its Attorneys

## CERTIFICATION

  This is to certify that a copy of the foregoing was mailed this date, first class mail, postage prepaid, to the following:

Martin S. Echter, Esq.
Office of Corporation Counsel
165 Church Street
New Haven, CT  06510

Tammy Marziglilano, Esq.
Klebanoff & Phelan, P.C.
433 S. Main Street, Suite 117
West Hartford, CT  06110

Gary Edward Phelan, Esq.
Klebanoff & Phelan, P.C.
433 S. Main Street, Suite 117
West Hartford, CT   06110


              //s//_____
              Warren L. Holcomb, Esq.