UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK G. RAFFERTY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01 cv 1739 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION | : | |
|     Defendant | : | March 9, 2005 |

**APPEARANCE**

Please enter the appearance of William F. Clark, of Berchem, Moses & Devlin, PC., 75 Broad Street, Milford, Connecticut 06460, Federal Bar #ct 16270, for defendant New Haven Board of Education.

                      THE DEFENDANT
                      NEW HAVEN BOARD OF EDUCATION

                      BY:_____//s//_____
                            William F. Clark, Esq.
                            Berchem, Moses & Devlin, P.C.
                            75 Broad Street
                            Milford, CT  06460
                            (203) 783-1200
                            Fed. Bar #Ct16270
                            Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this date, first class mail, postage prepaid, to the following:

Martin S. Echter, Esq.
Office of Corporation Counsel
165 Church Street
New Haven, CT  06510

Tammy Marziglilano, Esq.
Klebanoff & Phelan, P.C.
433 S. Main Street, Suite 117
West Hartford, CT  06110

Gary Edward Phelan, Esq.
Klebanoff & Phelan, P.C.
433 S. Main Street, Suite 117
West Hartford, CT   06110

                                                       ___//s//_____
                                                       William F. Clark, Esq.