UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK G. RAFFERTY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01 cv 1739 (WWE) |
| | : | |
| vs. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION | : | |
|     Defendant | : | May 6, 2005 |

## MOTION FOR DISMISSAL

The Defendant, New Haven Board of Education, moves for dismissal of all claims in this action on the following grounds:

1. The Plaintiff has repeatedly failed to appear for his deposition in violation of Rule 37(b).

2. The Plaintiff has failed to prosecute the instant matter in violation of Rule 41(b).

3. On March 9, 2005 a status conference was held before Judge Edginton who granted plaintiff's request for an extension of the discovery deadline to permit plaintiff's counsel time to locate and produce his client for a deposition.

4. As a result, the plaintiff's deposition was re-scheduled for May 3, 2005.

5. Despite reasonable efforts on the part of plaintiff's counsel, his client failed to appear for his May 3, 2005 deposition.

6.    Additional grounds for this motion are more fully set forth in the Defendant's memorandum of law.

                THE DEFENDANT
                NEW HAVEN BOARD OF EDUCATION

BY:_____//s//_____
       Floyd J. Dugas, Esq.
Berchem, Moses & Devlin, P.C.
     75 Broad Street
     Milford, CT  06460
     (203) 783-1200
     Fed. Bar #Ct16270
     Its Attorneys