UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK G. RAFFERTY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01 cv 1739 (WWE) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION | : | |
|     Defendant | : | January 24, 2005 |

## RE-NOTICE OF DEPOSITION

TO:   Mark G. Rafferty
       c/o   Gary Phelan, Esq.
             Outten & Golden
             Four Landmark Square, #201
             Stamford, CT  06901

PLEASE TAKE NOTICE that the defendant in the above-entitled action, will take the deposition of MARK G. RAFFERTY, to be used in the trial of the captioned matter on Tuesday, February 8, 2005 at 9:30 a.m. before a competent authority (Post Reporting Service) at Berchem, Moses & Devlin, P.C., 75 Broad Street, Milford, CT  06460.

YOU ARE FURTHER COMMANDED TO PRODUCE THE FOLLOWING:

      1.    Any and all documents and other tangible things in your possession or control, which support or relates to the allegations in the captioned matter.

      2.    Any and all statements, diaries, log or similar writings prepared or caused to be prepared in connection with the captioned matter.

      3.    Tax returns for the years 2001, 2002 and 2003, and copies of your most

18811\78

recent pay stubs from any employment for 2004.

                                THE DEFENDANT

                                _____
                                Floyd J. Dugas, Esq.
                                Berchem, Moses & Devlin P.C.
                                75 Broad Street
                                Milford, Connecticut  06460
                                (203) 783-1200
                                Fed. I.D. #Ct02478
                                fdugas@bmdlaw.com

18811\78