UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK G. RAFFERTY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01 cv 1739 (WWE) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION | : | |
| Defendant | : | February 9, 2005 |

RE-NOTICE OF DEPOSITION

TO:   Mark G. Rafferty
      c/o   Gary Phelan, Esq.
            Outten & Golden
            Four Landmark Square, #201
            Stamford, CT  06901


PLEASE TAKE NOTICE that the defendant in the above-entitled action, will take the

deposition of MARK G. RAFFERTY, to be used in the trial of the captioned matter on

Wednesday, March 2, 2005 at 9:30 a.m. before a competent authority (Post Reporting

Service) at Berchem, Moses & Devlin, P.C., 75 Broad Street, Milford, CT  06460.

YOU ARE FURTHER COMMANDED TO PRODUCE THE FOLLOWING:

1.     Any and all documents and other tangible things in your possession or

control, which support or relates to the allegations in the captioned matter.

2.     Any and all statements, diaries, log or similar writings prepared or caused

to be prepared in connection with the captioned matter.

3.     Tax returns for the years 2001, 2002 and 2003, and copies of your most

18811\78

recent pay stubs from any employment for 2004.

THE DEFENDANT

_____

Floyd J. Dugas, Esq.
Berchem, Moses & Devlin P.C.
75 Broad Street
Milford, Connecticut  06460
(203) 783-1200
Fed. I.D. #Ct02478
fdugas@bmdlaw.com

18811\78