UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK G. RAFFERTY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01 cv 1739 (WWE) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION | : | |
| Defendant | : | March 1, 2005 |

RE-NOTICE OF DEPOSITION

TO:  Mark G. Rafferty
    c/o  Gary Phelan, Esq.
        Outten & Golden
        Four Landmark Square, #201
        Stamford, CT  06901

PLEASE TAKE NOTICE that the defendant in the above-entitled action, will take the deposition of MARK G. RAFFERTY, to be used in the trial of the captioned matter on Thursday, March 31, 2005 at 9:30 a.m. before a competent authority (Post Reporting Service) at Berchem, Moses & Devlin, P.C., 75 Broad Street, Milford, CT  06460.

YOU ARE FURTHER COMMANDED TO PRODUCE THE FOLLOWING:

    1.    Any and all documents and other tangible things in your possession or control, which support or relates to the allegations in the captioned matter.

    2.    Any and all statements, diaries, log or similar writings prepared or caused to be prepared in connection with the captioned matter.

    3.    Tax returns for the years 2001, 2002 and 2003, and copies of your W-2's

18811\78

from any employment for 2004.

                                  THE DEFENDANT

                                  _____
                                  Floyd J. Dugas, Esq.
                                  Berchem, Moses & Devlin P.C.
                                  75 Broad Street
                                  Milford, Connecticut  06460
                                  (203) 783-1200
                                  Fed. I.D. #Ct02478
                                  fdugas@bmdlaw.com

18811\78