UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


\* \* \* \* \* \* \* \* \* \* \* \* \* \*

MARK G. RAFFERTY,               CASE NO. 3:01CV1739(WWE)
                Plaintiff

        VS.                     MAY 3, 2005

NEW HAVEN BOARD OF EDUCATION,
                Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \*


NOTICED DEPOSITION OF MARK G. RAFFERTY


APPEARANCES:

    FOR THE PLAINTIFF:  (VIA TELEPHONE)

        OUTTEN & GOLDEN
        Four Landmark Square
        Suite 201
        Stamford, Connecticut 06901
            By:  GARY PHELAN, ESQUIRE

    FOR THE DEFENDANT:

        BERCHEM, MOSES & DEVLIN
        75 Broad Street
        Milford, Connecticut 06460
            By:  FLOYD J. DUGAS, ESQUIRE

2

DEPOSITION OF MARK G. RAFFERTY
MAY 3, 2005

1              . . . Noticed Deposition of MARK G. RAFFERTY,

2       taken on behalf of the Defendant, in the above-

3       entitled cause, wherein MARK G. RAFFERTY is

4       Plaintiff and NEW HAVEN BOARD OF EDUCATION is

5       Defendant, pending in the United States District

6       Court, District of Connecticut, pursuant to notice,

7       before Walter J. Krzepek, a Notary Public in and for

8       the State of Connecticut, County of New Haven, held

9       on May 3, 2005, at 9:35 o'clock A.M. at Berchem,

10      Moses & Devlin, 75 Broad Street, Milford,

11      Connecticut, at which time the parties are

12      represented as hereinbefore set forth. . .

13

14

15

16                      (Whereupon, a Re-Notice of Deposition

17      was marked as Defendant's Exhibit No. 1 for

18      Identification.)

19                      MR. DUGAS:   The time is approximately

20      9:35.

21                      This is Attorney Floyd Dugas here

22      today on the matter of Mark Rafferty versus the New

23      Haven Board of Education.

24                      I've marked as Defendant's Exhibit 1

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

DEPOSITION OF MARK G. RAFFERTY
MAY 3, 2005

1       a Re-Notice of Deposition, which was sent to

2       Attorney Gary Phelan on or about April 11, 2005.

3                   I note for a fact that Attorney

4       Phelan received the Notice of Deposition because he

5       and I spoke by telephone yesterday and he indicated

6       to me that he still had not heard from his client in

7       response to the Notice of Deposition and did not

8       expect that he, Mr. Rafferty, would show up for the

9       deposition here today and therefore Attorney Phelan

10      was not going to show up as well.

11                  I would note for the record that in

12      addition to noticing the deposition for today, which

13      would make it the fifth time this deposition has

14      been noticed, that the deposition has previously

15      been noticed for January 7, 2005; February 8, 2005;

16      March 2, 2005; and March 31, 2005 and on each of

17      those occasions Attorney Phelan called and requested

18      that the deposition be postponed in each instance

19      because of his inability to contact his client and

20      to be able to assure me that Mr. Rafferty would be

21      in attendance at the deposition.

22                  So, at this point in time, having no

23      indication that Mr. Rafferty and/ or Mr. Phelan are

24      going to be present today as well as my telephone

DEPOSITION OF MARK G. RAFFERTY
MAY 3, 2005

1       conversation with Mr. Phelan yesterday indicating

2       his continued inability to contact his client in

3       order to obtain assurances that he would appear

4       today we're going to close the deposition at this

5       point in time and file an appropriate motion with

6       the court given that it's now been five attempts to

7       take Mr. Rafferty, the plaintiff's, deposition and

8       he has failed to show on each of the five occasions.

9                       (Whereupon, at 9:37 o'clock A.M. the

10      proceedings were adjourned.

11                      (Recess)

12                      MR. DUGAS:  It is 9:45 and I've just

13      received a telephone call from Attorney Gary Phelan

14      who is on the phone, correct?

15                      MR. PHELAN:  That's correct.

16                      MR. DUGAS:  He's on the speakerphone

17      right now and you want to make a statement for the

18      record?

19                      MR. PHELAN:  Yes.  I just want to say

20      I had spoken to Attorney Dugas yesterday, explained

21      to him that I had left messages, several messages,

22      for my client, wrote a letter to my client, that I

23      have not heard back from him and that I did not

24      believe he was going to appear at the deposition

5

DEPOSITION OF MARK G. RAFFERTY
MAY 3, 2005

1    scheduled for today and that Attorney Dugas was

2    going to call me if Mr. Rafferty did appear.

3                    But again I have tried and again I

4    have still received no word from my client about his

5    whereabouts or whether he intended to appear at

6    deposition.

7                    But since he's not there, apparently

8    he has not appeared.

9                    MR. DUGAS:  Gary, I think you had

10    indicated to me you were relatively certain you had

11    the correct address and phone number and so forth

12    for him?

13                    MR. PHELAN:  That's correct.

14                    MR. DUGAS:  Okay.  In fact, I think

15    you had indicated at one point he actually answered

16    the phone and you said who you were and he hung up

17    on you?

18                    MR. PHELAN:  That's true.  I spoke to

19    him last Tuesday at approximately 7:00 A.M. where it

20    appeared after him recognizing who I was he hung up

21    the phone and I have no reason to believe that the

22    address I've sent letters to or the telephone number

23    where I've been leaving messages are in correct.

24                    MR. DUGAS:  So, obviously, you've

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

6

DEPOSITION OF MARK G. RAFFERTY
MAY 3, 2005

1    done everything in your power to attempt to contact

2    him and to get him here?

3                    MR. PHELAN:  I believe I have, yes.

4                    MR. DUGAS:  Okay.  All right, so with

5    that we'll close the deposition for today.

6                    As I indicated to you yesterday I'll

7    be filing something with the court because this is,

8    by my count, the fifth time we've noticed this

9    deposition and I believe we got a status conference

10   on May 18th with the judge and we'll presumably take

11   it up then.

12                   MR. PHELAN:  Okay.

13                   MR. DUGAS:  Okay?

14                   MR. PHELAN:  All right.  Thank you

15   very much.

16                   MR. DUGAS:  Thank you, Gary.

17                   (Whereupon, the proceedings were

18   adjourned at 9:47 o'clock A.M.)

19

20

7

DEPOSITION OF MARK G. RAFFERTY
MAY 3, 2005

INDEX OF DEFENDANT'S EXHIBITS

DESCRIPTION                                    NO.   PAGE

Re-Notice of Deposition                         1      2