**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-------------------------------------------------------x

| | |
|---|---|
| **MARK G. RAFFERTY,** | **Civil Action Number:** |
| | **3:01cv1739(WWE)** |
| **Plaintiff,** | |
| - against - | |
| **NEW HAVEN BOARD OF** | |
| **EDUCATION,** | October 19, 2005 |
| **Defendant.** | |

-------------------------------------------------------x

**NOTICE OF APPEARANCE**
**OF STEVEN C. SHEINBERG**

Please enter the appearance of STEVEN C. SHEINBERG in the above-captioned case.

Mr. Sheinberg represents the PLAINTIFF, Mark G. Rafferty.

      /s/ Steven Sheinberg
      Steven C. Sheinberg (ct 26727)
      Outten & Golden LLP
      Four Landmark Square, Suite 201
      Stamford, CT 06901
      (203) 363-7888
      Fax: (203) 363-0333
      scs@outtengolden.com

Certificate of Service

I hereby certify that on October 19, 2005 a copy of the foregoing appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by United States Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By   /s/ Steven Sheinberg
Steven Sheinberg (ct 26727)
Outten & Golden LLP
4 Landmark Square
Suite 201
Stamford, CT  06901
T: (203) 363-7888
F: (203) 363-0333
scs@outtengolden.com