UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK G. RAFFERTY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01 cv 1739 (WWE) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION | : | |
| Defendant | : | November 2, 2005 |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), the Defendant in the above-entitled action hereby respectfully requests an enlargement of time of thirty (30) days, up to and including December 30, 2005 to file dispositive motions in the above referenced action.

The plaintiff scheduled depositions of the three fact witnesses which were re-scheduled by the plaintiff numerous times. The plaintiff deposed two fact witnesses on October 17, 2005 and the third witness deposition is scheduled for October 13, 2005. The requested extension of the deadline to file a summary judgment motion is necessary in order to allow the defendant time to receive and review copies of the three fact witnesses deposition transcripts. In addition, a status conference is scheduled for November 8, 2005 before Judge Eginton.

This is the first request for an enlargement of time.

The Plaintiff's counsel has indicated that he has no objection to granting this extension.

18811\78

WHEREFORE, the Defendant respectfully requests the Court grant an enlargement

of time to December 30, 2005 to file dispositive motions in this matter.

Respectfully submitted
NEW HAVEN BOARD OF EDUCATION


_____//s//_____
Warren L. Holcomb, Esq.
Berchem, Moses & Devlin P.C.
75 Broad Street
Milford, Connecticut 06460
Tel:  (203) 783-1200
Fax:  (203) 882-0045
Fed. I.D. #Ct13127
wholcomb@bmdlaw.com

18811\78

## **CERTIFICATION**

I hereby certify that on November 2, 2005, a copy of the foregoing Local Rule

56(a)(1) Statement was filed electronically.  Notice of this filing will be sent by e-mail to

all parties by operation of the Court's electronic filing system.  Parties may access this

filing through the Court's system.

Martin S. Echter, Esq.
Office of Corporation Counsel
165 Church Street
New Haven, CT  06510

Tammy Marziglilano, Esq.
Outten & Golden
Four Landmark Square, Suite 201
Stamford, CT 06901

Gary Edward Phelan, Esq.
Outten & Golden
Four Landmark Square, Suite 201
Stamford, CT 06901

_____//s//_____
Warren L. Holcomb

18811\78