UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------x
MARK G. RAFFERTY,

                Plaintiff,

   - against -

NEW HAVEN BOARD OF
EDUCATION,

                Defendant.
-----------------------------------------------------x

FILED

2005 NOV 17  A 10: 32

Civil Action Number:
3:01cv1739(WWE)

November 17, 2005

### NOTICE OF APPEARANCE
### OF STEVEN C. SHEINBERG

Please enter the appearance of STEVEN C. SHEINBERG in the above-captioned case.

Mr. Sheinberg represents the PLAINTIFF, Mark G. Rafferty.

                                  Steven C. Sheinberg (ct 26727)
                                  Outten & Golden LLP
                                  Four Landmark Square, Suite 201
                                  Stamford, CT 06901
                                  (203) 363-7888
                                  Fax: (203) 363-0333
                                  scs@outtengolden.com

Certificate of Service

I hereby certify that on November 17, 2005 a copy of the foregoing appearance was served by United States Mail, postage prepaid, upon:

>Floyd Dugas
>Bercham, Moses and Devlin
>75 Broad Street
>Milford, Connecticut 06460-3363

By _____
Steven Sheinberg (ct 26727)
Outten & Golden LLP
4 Landmark Square
Suite 201
Stamford, CT 06901
T: (203) 363-7888
F: (203) 363-0333
scs@outtengolden.com