UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK G. RAFFERTY | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:01 cv 1739 (WWE) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION | : | |
|     Defendant | : | December 28, 2005 |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and L.Civ.R.7(b), the Defendant in the above-entitled action hereby respectfully requests an enlargement of time of two weeks from December 30, 2005 to January 13, 2006 to file dispositive motions in the above referenced action.

The undersigned represents that drafts of the motion for summary judgment, the supporting memorandum of law, the Local Rule 56(a)1 Statement, and affidavits have been prepared. Due to the holidays and vacation schedules of the defendant's administrative staff who are witnesses, the additional time is required to have the affidavits reviewed and signed.

This is the second request for an enlargement of time.

The Plaintiff's counsel has indicated that he has no objection to granting this extension.

18811\78

WHEREFORE, the Defendant respectfully requests the Court grant an enlargement of time to January 13, 2006 to file dispositive motions in this matter.

                                                Respectfully submitted
                                                NEW HAVEN BOARD OF EDUCATION

                                                _____//s//_____
                                                Warren L. Holcomb, Esq.
                                                Berchem, Moses & Devlin P.C.
                                                75 Broad Street
                                                Milford, Connecticut 06460
                                                Tel:  (203) 783-1200
                                                Fax:  (203) 882-0045
                                                Fed. I.D. #Ct13127
                                                wholcomb@bmdlaw.com

18811\78

## **CERTIFICATION**

I hereby certify that on December 28, 2005 a copy of the foregoing Local Rule 56(a)(1) Statement was sent by first class United States mail postage prepaid to all counsel of record at the following addresses:

Martin S. Echter, Esq.
Office of Corporation Counsel
165 Church Street
New Haven, CT  06510

Tammy Marziglilano, Esq.
Outten & Golden
Four Landmark Square, Suite 201
Stamford, CT 06901

Gary Edward Phelan, Esq.
Outten & Golden
Four Landmark Square, Suite 201
Stamford, CT 06901

                                                    ___//s//_____
                                                    Warren L. Holcomb

18811\78