UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK G. RAFFERTY | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:01 cv 1739 (WWE) |
| | : | |
| v. | : | |
| | : | |
| NEW HAVEN BOARD OF EDUCATION | : | |
| Defendant | : | January 10, 2006 |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and L.Civ.R.7(b), the Defendant in the above-entitled action hereby respectfully requests an enlargement of time of two weeks from January 13, 2006 to January 27, 2006 to file dispositive motions in the above referenced action.

The undersigned represents that there has been substantial progress towards a settlement but no final settlement has been reached. If this case settles, it should do so in the next week. Therefore, in order not to expend more monies on preparing the motion for summary judgment while positive settlement negotiations are occurring, the defendant requests an additional two-week extension in order to try to settle the case.

This is the third and last request for an enlargement of time.

The Plaintiff's counsel has indicated that he has no objection to granting this extension.

18811\78

WHEREFORE, the Defendant respectfully requests the Court grant an enlargement of time to January 27, 2006 to file dispositive motions in this matter.

        Respectfully submitted
        NEW HAVEN BOARD OF EDUCATION


        _____//s//_____
        Warren L. Holcomb, Esq.
        Berchem, Moses & Devlin P.C.
        75 Broad Street
        Milford, Connecticut 06460
        Tel: (203) 783-1200
        Fax: (203) 882-0045
        Fed. I.D. #Ct13127
        wholcomb@bmdlaw.com

18811\78

## **CERTIFICATION**

I hereby certify that on January 10, 2006 a copy of the foregoing Extension of Time was sent by first class United States mail postage prepaid to all counsel of record at the following addresses:

Martin S. Echter, Esq.
Office of Corporation Counsel
165 Church Street
New Haven, CT  06510

Tammy Marziglilano, Esq.
Outten & Golden
Four Landmark Square, Suite 201
Stamford, CT 06901

Gary Edward Phelan, Esq.
Outten & Golden
Four Landmark Square, Suite 201
Stamford, CT 06901

             _____//s//_____
             Warren L. Holcomb

18811\78