UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Mark Rafferty

V.                              Case Number: 3:01cv1739(WWE)

New Haven Board of Education

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>1/19/06</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 18, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, January 19, 2006.

```
                    KEVIN F. ROWE, CLERK

                    By: /s/_____
                        Rosalie A. Krajcik
                        Deputy Clerk
```