UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Mark G. Rafferty
    v.                                    3:01CV1739 WWE

New Haven Bd of Ed

## JUDGMENT

OnJanuary 19, 2006, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before February 18, 2006. No closing papers have been received and no requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 17th day of February, 2006.

                                                      KEVIN F. ROWE, Clerk

                                                      By /s/_____
                                                          Rosalie A. Krajcik
                                                          Deputy Clerk

Entered on Docket _____