UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------x
MARK G. RAFFERTY,

        Plaintiff,

  -  against -

NEW HAVEN BOARD OF
EDUCATION,

        Defendant.
-------------------------------------------------------x

FILED

2006 FEB 24  A 11: 44

Civil Action Number:
3:01cv1739(WWE)    U.S. DISTRICT COURT
                      BRIDGEPORT, CONN

February 23, 2006

### STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, by his undersigned counsel and with the consent of the Defendant, hereby voluntarily dismisses the above-captioned matter, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: Stamford, Connecticut
       February 23, 2006

For the Plaintiff:
OUTTEN & GOLDEN LLP

By: _____
Gary Phelan (CT 03670 )
Steven C. Sheinberg (CT 26727)
Outten & Golden LLP
Four Landmark Square, Suite 201
Stamford, CT 06901
(203) 363-7888
Fax: (203) 363-0333

## Certificate of Service

I certify that I served by United States Mail, a copy of the above to:

    Floyd Dugas, Esq
    William Clark, Esq
    Bercham, Moses and Devlin
    75 Broad Street
    Milford, Connecticut 06460-336

On February 23, 2006.

                    Steven C. Sheinberg (CT 26727)
                    Outten & Golden LLP
                    Four Landmark Square, Suite 201
                    Stamford, CT 06901
                    (203) 363-7888

                    Fax: (203) 363-0333